DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evelia Gutierrez de Garcia,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00255-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from November 14, 2022 to November 18, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.  Good cause exists for this request.  Counsel requires additional time as she has to travel out of state to

be with her ill father as Counsel is a primary caregiver.  Counsel will have limited access to her computer during the beginning of the week.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                             Respectfully submitted,

Dated: November 14, 2022     PENA & BROMBERG, ATTORNEYS AT LAW

                           By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff

Dated: November 14, 2022     PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                           By:  *\*/s/ Sharon Lahey*
                              Sharon Lahey
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (\*As authorized by email on November 14, 2022)

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including November 18, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 15, 2022**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE