PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EVELIA GUTIERREZ DE GARCIA, | CIVIL NO. 1:22-cv-00255-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (Doc. 19) |
| KILOLO KIJAKAZI, Acting Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Evelia Gutierrez De Garcia ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's opening brief (ECF No. 18) be extended by 60 days. The current deadline is December 29, 2022, and the new deadline would be February 27, 2023. Plaintiff shall file any reply on or before March 14, 2023. This is the fourth extension of time requested in the above-captioned matter, and it is the first request for an extension of time concerning Defendant's response to Plaintiff's opening brief. The Parties respectfully seek this extension of time due to undersigned defense counsel's unexpected

medical leave beginning the week of December 12, 2022.  Defense counsel requests a 60-day extension of time due to an especially busy caseload in January of 2023, which includes 16 dispositive motions.

Date:  December 12, 2022             DOLLY M. TROMPETER ATTORNEY AT LW

                                     By:  /s/ *Dolly M. Trumpeter**
                                     DOLLY M. TROMPETER
                                     (*Authorized as to form by e-mail on December 12, 2022)
                                     Attorneys for Plaintiff


Date:  December 12, 2022             PHILLIP A. TALBERT
                                     United States Attorney


                                     By:  /s/ *Sharon Lahey*
                                     SHARON LAHEY
                                     Special Assistant United States Attorney


### ORDER

Based on the foregoing stipulation (Doc. 19), it is hereby ORDERED that Defendant shall have until February 27, 2023, for Defendant to serve on Plaintiff with Defendant's Response to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Scheduling Order (Doc. 7) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **December 13, 2022**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER                                                      CASE NO.: 1:22-cv-00255-SKO