1  PHILLIP A. TALBERT
   United States Attorney
2  SHARON LAHEY
   Special Assistant United States Attorney
3  160 Spear Street, Suite 800
   San Francisco, California 94105
4  Telephone: (510) 970-4827
   Email: Sharon.Lahey@ssa.gov
5
6  Attorneys for Defendant
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    FRESNO DIVISION
11

| | |
|---|---|
| EVELIA GUTIERREZ DE GARCIA,   ) | Case No.: 1:22-cv-00255-SKO |
| ) | |
| Plaintiff,   ) | ORDER ON STIPULATION and UNOPPOSED MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |
| vs.   ) | |
| ) | |
| KILOLO KIJAKAZI,   ) | |
| Acting Commissioner of Social Security,   ) | (Doc. 21) |
| ) | |
| Defendant.   ) | |

   IT IS HEREBY STIPULATED by and between Madela Luz Garcia De Carrillo (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings.  Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  February 28, 2023                PENA & BROMBERG PLC

By: */s/ Dolly Trumpeter*
Dolly Trumpeter
Attorney for Plaintiff
*Authorized via e-mail on February 23, 2023

Dated:  February 28, 2023                PHILLIP A. TALBERT
United States Attorney

By: */s/ Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

### **ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 21), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms set forth above.

IT IS SO ORDERED.

Dated:  **February 28, 2023**                */s/ Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE